UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 12-5020
(C.A. No. 05-2337)

JEFFREY PAUL,                                                             Appellant,

    v.

KAREN P. TANDY, Administrator,
Drug Enforcement Administration, et al.,                      Appellees.

## FEDERAL APPELLEES' CERTIFICATE OF COUNSEL AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to this Court's January 30, 2012 Order and Circuit Rule 28(a)(1), counsel for the federal Appellees file this certificate as to parties, rulings, and related cases.

### I. Parties

Appellant Jeffrey Paul was Plaintiff below. The Federal Appellees, in their official capacity and defendants below, are Eric H. Holder, Jr., Attorney General; Karen P. Tandy, Administrator, Drug Enforcement Administration; Charles E. Samuels, Jr., Director, Federal Bureau of Prison; Newton E. Kendig, II, Medical Director, Federal Bureau of Prisons; and Warden, Federal Correctional Institution, Terre Haute.[1]

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Director Samuels is substituted for Harley G. Lappin.

## II. Rulings Under Review

At issue in this appeal is the January 28, 2012 Order and Memorandum Opinion by the Honorable Richard W. Roberts denying Jeffrey Paul's motion to intervene.

## III. Related Cases

This case has not previously been before this Court. There are no currently pending related cases.

RONALD C. MACHEN JR.
United States Attorney.


R. CRAIG LAWRENCE
Assistant United States Attorney.

 /s/ *Beverly M. Russell*
BEVERLY M. RUSSELL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

 **I HEREBY CERTIFY** that on this **29th** day of February 2012, the foregoing **Appellees' Certificate of Counsel as to Parties, Rulings, and Related Cases** and **Entry of Appearance** have been served on counsel for Appellant electronically via this Court's Electronic Case Filing System (ECF).

      /s/ *Beverly M. Russell*
BEVERLY M. RUSSELL
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0492