IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

JEFFREY PAUL,
Appellant,

v.

ERIC H. HOLDER, JR., et al.,
Appellees.

No. 12-5020
_____

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**
_____

Pursuant to Rules 12(c) and 28(a)(1) of the Circuit Rules of the United States Court of Appeals for the District of Columbia Circuit, as well as this Court's February 28, 2012 Order, counsel for appellant, Jeffrey Paul, hereby certify as follows:

I. Parties

Appellant Jeffrey Paul sought to intervene as Plaintiff below. Appellees Eric H. Holder, Jr., Attorney General; Karen Tandy, Administrator, Drug Enforcement Administration; Charles E. Samuels, Jr.,[1] Director, Federal Bureau of Prisons; Newton E. Kendig, II, Medical Director,

---

[1] Mr. Samuels has been substituted for Harley G. Lappin, Former Director, Federal Bureau of Prisons, pursuant to Federal Rule of Civil Procedure 25(d).

CPAM: 4573081.1

Federal Bureau of Prisons; and Charles L. Lockett,[2] Warden, Federal Correctional Institution, Terre Haute were Defendants below. James H. Roane, Jr., Richard Tipton, and Cory Johnson were Plaintiffs below, but are not parties to this appeal. Bruce Webster, Anthony Battle, and Orlando Hall were permitted to intervene as Plaintiffs below, but they also are not parties to this appeal.

## II.  Ruling Under Review

Appellant seeks review of the Hon. Richard W. Roberts' July 1, 2010 Order and Memorandum Opinion denying Mr. Paul's motion to intervene. Mr. Paul sought reconsideration of the denial of his motion to intervene on July 8, 2010. Judge Roberts denied the motion for reconsideration on December 29, 2011.[3]

## III.  Related Cases

Appellant is not aware of any related cases currently before this Court. This case has not

---

[2] Mr. Lockett has been substituted for Mark Bezy and Richard Veach, Former Wardens, Federal Correctional Institution, Terre Haute, pursuant to Federal Rule of Civil Procedure 25(d).

[3] Appellees' Certificate As To Parties, Rulings, and Related Cases mistakenly lists a "January 28, 2012 Order and Memorandum Opinion" as the ruling under review before this Court. Although Mr. Paul filed his notice of appeal on January 28, 2012, the substantive ruling under review before this Court is the July 1, 2010 Memorandum Opinion denying Mr. Paul's motion to intervene.

2

previously been before this Court.

>Respectfully submitted,
>
>/s/  Gary Proctor
>Gary Proctor
>8 E. Mulberry Street
>Baltimore, MD  21202
>(410) 444-1500
>Gary_Proctor@verizon.net
>
>/s/  Abbe David Lowell
>Abbe David Lowell
>Chadbourne & Parke LLP
>1200 New Hampshire Ave NW
>Washington, DC  20036
>(202) 974-5605
>ADLowell@chadbourne.com
>
>*Counsel for Appellant*

CPAM: 4573081.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**Counsel for Plaintiffs**

**Joshua Christopher Toll**
KING & SPALDING, LLP

**Paul F. Enzinna**
BAKER BOTTS, LLP

**Graham E. Eddy**
VINSON & ELKINS, L.L.P.

**Jeremy I. Levin**
BAKER BOTTS, LLP

**Rachel M. McKenzie**
BAKER BOTTS LLP

**Charles Anthony Zdebski**
TROUTMAN SANDERS LLP

**Kathryn B. Codd**
VINSON & ELKINS, L.L.P.

**Yousri H. Omar**
WEIL, GOTSHAL & MANGES LLP

**Jeanne Vosberg Sourgens**
VINSON & ELKINS L.L.P

**William E. Lawler , III**
VINSON & ELKINS, L.L.P.

**Margaret O'Donnell**
MCNALLY & O'DONNELL, P.S.C.

**Abigail Bortnick**
KING & SPALDING LLP

**William E. Hoffmann , Jr.**
KING & SPALDING, LLP

**Mark Joseph Hulkower**
STEPTOE & JOHNSON, LLP

**Matthew John Herrington**
STEPTOE & JOHNSON, LLP

**Jody A. Cummings**
STEPTOE & JOHNSON, LLP

**Owen James Bonheimer**
STEPTOE & JOHNSON, LLP

**Robert E. Waters**
KING & SPALDING, LLP

**Counsel for Defendants**

**Peter S. Smith**
UNITED STATES ATTORNEY'S OFFICE

**Robert J. Erickson**
U. S. DEPARTMENT OF JUSTICE

**Beverly Maria Russell**
U.S. ATTORNEY'S OFFICE FOR D.C.

**John F. Henault , Jr.**
COOLEY GODWARD KRONISH LLP

**Kenneth Adebonojo**
U.S. ATTORNEY'S OFFICE

**Madelyn E. Johnson**
U.S. ATTORNEY'S OFFICE FOR D.C.

/s/ Gary Proctor_____
*Counsel for Jeffrey Paul*

CPAM: 4573081.1